UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE
GULF OF MEXICO, ON APRIL 20, 2010
MDL No. 10-2179

## RECUSAL O R D E R

Before the Court are the following cases in the B3 Pleading Bundle that have been severed from the above referenced multidistrict litigation and reallotted within this District. (Rec Doc. 27028). The cases listed below have been assigned to the undersigned United States Magistrate Judge.

| CASE Number and Title |
|---|
| 2:13-cv-01031-LMA-DMD<br>Murphy v. BP Exploration & Production Inc. et al |
| 2:17-cv-04454-LMA-DMD<br>Moore v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04319-LMA-DMD<br>Dinkins v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04404-LMA-DMD<br>Lawson v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04353-LMA-DMD<br>Heathington v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04263-LMA-DMD<br>Sunseri v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03287-LMA-DMD<br>Howell v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03603-LMA-DMD<br>Reed v. BP Exploration & Production, Inc. et al |

| |
|---|
| 2:17-cv-03994-LMA-DMD<br>Gamble v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03690-LMA-DMD<br>Curbelo v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03516-LMA-DMD<br>Brown v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03322-LMA-DMD<br>Learn v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03182-LMA-DMD<br>English et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03155-LMA-DMD<br>Shearon et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04551-BWA-DMD<br>Smith v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04502-BWA-DMD<br>Poole, et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04223-BWA-DMD<br>Webb v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03582-BWA-DMD<br>Murray v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03645-BWA-DMD<br>Carpenter v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03548-BWA-DMD<br>Macon v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03281-BWA-DMD<br>Hockaday v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03304-BWA-DMD<br>Johns v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03298-BWA-DMD<br>Jackson v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03244-BWA-DMD<br>Griffin v. BP America, Inc. et al |
| 2:19-cv-11663-CJB-DMD<br>Barefoot v. BP Exploration & Production et al |

| |
|---|
| 2:17-cv-04362-CJB-DMD<br>Hudson v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04345-CJB-DMD<br>Harris v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04248-CJB-DMD<br>Simmons v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04179-CJB-DMD<br>Schmidt v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03586-CJB-DMD<br>Naquin v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03392-CJB-DMD<br>McGill v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03070-CJB-DMD<br>Byrd v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03037-CJB-DMD<br>Bass v. BP Exploration & Production, Inc. et al |
| 2:17-cv-02678-CJB-DMD<br>Miller v. BP p.l.c. et al |
| 2:11-cv-01432-NJB-DMD<br>Simon v. Grand Isle Shipyard Inc. et al |
| 2:17-cv-04606-NJB-DMD<br>Tebbs v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04593-NJB-DMD<br>Storey v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04323-NJB-DMD<br>Dykes v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04432-NJB-DMD<br>McDonald v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04470-NJB-DMD<br>Osbey v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04397-NJB-DMD<br>Hayes et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04301-NJB-DMD<br>Thomas v. BP Exploration & Production, Inc. et al |

| |
|---|
| 2:17-cv-04354-NJB-DMD<br>Hendrix v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04346-NJB-DMD<br>Harrison v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04195-NJB-DMD<br>Thomas v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04071-NJB-DMD<br>McGill v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03590-NJB-DMD<br>Norswearthy v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03132-NJB-DMD<br>Cotton v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03152-NJB-DMD<br>Dobbs v. BP Exploration & Production, Inc. et al |
| 2:13-cv-02715-EEF-DMD<br>Miles v. BP Exploration & Production, Inc. et al |
| 2:13-cv-01035-EEF-DMD<br>Turner v. BP Exploration & Production Inc. et al |
| 2:17-cv-04655-EEF-DMD<br>Brooks v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04204-EEF-DMD<br>Torres v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04205-EEF-DMD<br>Townser v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03993-EEF-DMD<br>Gainey et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03325-EEF-DMD<br>Lewis v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03273-EEF-DMD<br>Henderson v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03180-EEF-DMD<br>England v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03143-EEF-DMD<br>Dedeaux v. BP Exploration & Production, Inc. et al |

| | |
|---|---|
| 2:13-cv-03928-MLCF-DMD<br>Kendrick v. BP Exploration & Production Inc et al | |
| 2:11-cv-01200-MLCF-DMD<br>Hebert v. BP America, Inc. et al | |
| 2:17-cv-04448-MLCF-DMD<br>Mills v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-04076-MLCF-DMD<br>O'Neal v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-04571-GGG-DMD<br>Price v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-04569-GGG-DMD<br>Jourden v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-04581-GGG-DMD<br>Sewer v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-04275-GGG-DMD<br>Weathersby v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-04146-GGG-DMD<br>Pettway v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-04225-GGG-DMD<br>Wensel v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-03358-GGG-DMD<br>Martin v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-03222-GGG-DMD<br>Taylor v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-03215-GGG-DMD<br>Franklin v. BP Exploration & Production, Inc. et al | |
| 2:17-cv-03177-GGG-DMD<br>Poirson v. BP America Production Company et al | |
| 2:17-cv-03138-GGG-DMD<br>Dardar v. BP Exploration & Production, Inc. et al | |
| 2:16-cv-13873-GGG-DMD<br>Duke v. BP Exploration & Production, Inc. et al | |
| 2:12-cv-02333-ILRL-DMD<br>Brown et al v. BP Exploration & Production Inc. et al | |

| | |
|---|---|
| 2:17-cv-04626-ILRL-DMD | Warren v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04451-ILRL-DMD | Milsap v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04471-ILRL-DMD | Pace v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04174-ILRL-DMD | Reed v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04073-ILRL-DMD | Minor v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03546-ILRL-DMD | Lenard v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03386-ILRL-DMD | McDougle v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03332-ILRL-DMD | Liddell v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03294-ILRL-DMD | Jackson v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03233-ILRL-DMD | Hasdorff v. BP America Production Company et al |
| 2:17-cv-04573-MVL-DMD | Robertson v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04664-MVL-DMD | Davis v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04398-MVL-DMD | King et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04240-MLCF-DMD | Woodland v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04358-SM-DMD | Holifield v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04130-SM-DMD | Bivins v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04588-JTM-DMD | Stapleton v. BP Exploration & Production, Inc. et al |

| |
|---|
| 2:17-cv-04255-JTM-DMD<br>Sproat v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03597-JTM-DMD<br>Pearson v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03647-JTM-DMD<br>Colbert v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03622-JTM-DMD<br>Walker v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03555-JTM-DMD<br>McInnis v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03574-JTM-DMD<br>Moore v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03321-JTM-DMD<br>Learn v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03310-JTM-DMD<br>Joiner v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03125-JTM-DMD<br>Charles v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03022-JTM-DMD<br>Anderson v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04489-SM-DMD<br>Powell v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04379-SM-DMD<br>Jones v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04366-SM-DMD<br>Jackson v. BP Exploration & Production Inc. et al |
| 2:17-cv-04343-SM-DMD<br>Harris v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04256-SM-DMD<br>Spurlock v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04140-SM-DMD<br>Brown v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04180-SM-DMD<br>Smith v. BP Exploration & Production, Inc. et al |

| |
|---|
| 2:17-cv-03725-SM-DMD<br>Davenport v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03610-SM-DMD<br>Sellers v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03223-SM-DMD<br>Gara v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03201-SM-DMD<br>Taylor et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03115-SM-DMD<br>Buckley v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03056-SM-DMD<br>Branch v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03017-SM-DMD<br>Alexander v. BP Exploration & Production, Inc. et al |
| 2:16-cv-13476-SM-DMD<br>Boggs v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04565-SSV-DMD<br>Norris v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04614-SSV-DMD<br>Turner v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04624-SSV-DMD<br>Wade v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04269-SSV-DMD<br>Treme v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04253-SSV-DMD<br>Spencer v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04145-SSV-DMD<br>Butler v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03284-SSV-DMD<br>Holifield v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03558-SSV-DMD<br>McMeans v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03524-SSV-DMD<br>Campbell v. BP Exploration & Production, Inc. et al |

| | |
|---|---|
| 2:17-cv-03282-SSV-DMD | Hodge v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03208-SSV-DMD | Fowler v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03131-SSV-DMD | Collier v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03107-SSV-DMD | Brumfield v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03119-SSV-DMD | Campbell v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04644-WBV-DMD | Swanier v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04299-WBV-DMD | Stewart v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03594-WBV-DMD | Paige v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03552-WBV-DMD | McCray v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03228-WBV-DMD | Martin et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03050-WBV-DMD | Blanks v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03038-WBV-DMD | Beacham v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04284-JCZ-DMD | Richard v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04613-JCZ-DMD | Tobias v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04649-JCZ-DMD | McMillan v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04386-JCZ-DMD | Joseph v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04360-JCZ-DMD | Houser v. BP Exploration & Production, Inc. et al |

Case 2:16-cv-13873-GGG-KWR   Document 10   Filed 04/29/21   Page 10 of 10

| Case Number | Case Name |
|---|---|
| 2:17-cv-04339-JCZ-DMD | Hardy v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04233-JCZ-DMD | Williams v. BP Exploration & Production, Inc. et al |
| 2:17-cv-04178-JCZ-DMD | Roan v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03999-JCZ-DMD | Hohnadell et al v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03579-JCZ-DMD | Morgan v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03637-JCZ-DMD | Blackston v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03364-JCZ-DMD | Mayfield v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03505-JCZ-DMD | Bowden v. BP Exploration & Production, Inc. et al |
| 2:17-cv-03414-JCZ-DMD | Williams v. BP Exploration & Production, Inc. et al |

**IT IS ORDERED** that the undersigned United States Magistrate Judge is recused from further participation in these cases pursuant to 28 U.S.C.§ 455(a). The Clerk of Court is **ORDERED** to reallot the above-captioned cases to a Magistrate Judge of this Court other than Division 3.

New Orleans, Louisiana, this 27th day of April, 2021.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**